UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT MYERS | CIVIL ACTION |
| VERSUS | NO. 05-0323 |
| N. BURL CAIN, WARDEN | SECTION "K" (6) |

### ORDER

IT IS HEREBY ORDERED that the automatic referral to the Magistrate Judge of the captioned petition for habeas corpus relief filed pursuant to Title 28 U.S.C. § 2254 is hereby **REVOKED**.

IT IS FURTHER ORDERED that the Clerk of Court **REMOVE** the Magistrate Judge as the referral officer on the electronic docket sheet.

IT IS FURTHER ORDERED that, in the interest of judicial efficiency, this action be **TRANSFERRED** to Section C of this Court for full disposition.

New Orleans, Louisiana, this __15th__ day of __June__, 2006.

JUN 1 5 2006

TRANSFERRED TO
SECT. C

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE